USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 1/19/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ANGELA NEOFOTISTOS,

            Plaintiff,

    v.                               05 Civ. 4608 (BSJ) (THK)

PLIVA, D.D., CROATIA, et al.,      **ORDER**

           Defendants.
------------------------------------X

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

    After having reviewed the Report and Recommendation of Magistrate Judge Theodore H. Katz dated December 21, 2005, and having received no objections thereto, I hereby confirm and adopt the Report in its entirety, having been satisfied that there is no clear error on the face of the record. *See Nelson v. Smith*, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985). Accordingly, the action is hereby dismissed with prejudice for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

    The Clerk of the Court is directed to close the case.

**SO ORDERED:**

                                                           BARBARA S. JONES
                                                           UNITED STATES DISTRICT JUDGE

Dated:    New York, New York
            January 17, 2006